IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAYTON FOUTCH, CLINT STALLWORTH, JOBIN SIMS, and ROBERT F. WINTERS II, individually and on behalf of all other persons similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> SB DIRECTIONAL SERVICES, LLC, and SCOTT BURCH, <br><br> Defendants. | Case No: CIV-19-362-J |

## AMENDED JOINT MOTION TO APPROVE FLSA SETTLEMENT

In accordance with the Court's Sealed Order dated June 7, 2021 [Doc. No. 83], the Parties file this Amended Joint Motion to Approve FLSA Settlement ("Motion") for the Court's re-consideration of the Parties' settlement of claims under the Fair Labor Standards Act ("FLSA"). The court denied the Parties' original motion [Doc. No. 81] because the Settlement Agreement and Full and Final Release of All Claims ("Settlement Agreement") contained a provision that the Court found could frustrate the purpose of the FLSA. *See* Order, [Doc. No. 83], p.2, citing *Prim v. Ensign United States Drilling, Inc.*, No. 15-cv-021560PAB-KMT, 2017 WL 3641844 at *4 (D. Colo. Aug. 24, 2017); *Koehler v. Freightquote.com, Inc.*, No. 12-2505-DDC-GLR, 2016 WL 1403730 at *10 (D. Kan. Apr. 11, 2016).

Counsel for the Parties have consulted with their respective clients and the Parties agreed to remove the offending provision from the Settlement Agreement. The Parties therefore submit this amended Motion, and the amended Settlement Agreement which is filed under Seal concurrently with the Court, for the Court's re-consideration.

**Motion for Approval of Settlement**

This amended Motion is jointly filed by Plaintiffs Clayton Foutch, Clint Stallworth, Jobin Sims, and Robert F. Winters II ("Plaintiffs") and Defendants SB Directional Services, LLC and Scott Burch (collectively "Defendants") (together, "the Parties").

In the Court's previous Sealed Order [Doc. No. 83], the Court found settlement to be reasonable in its terms other than the one offending provision. Therefore, the Parties do not repeat their arguments contained in the original Joint Motion. Instead, the Parties respectfully request that the Court review its findings and direction to the Parties contained in the Sealed Order [Doc. No. 83] and the amended Settlement Agreement (filed under seal concurrently herewith) and approve the amended settlement.

I.   **LEGAL STANDARD.**

The Parties continue to seek approval of a settlement under section 216(b) of the FLSA. <u>The settlement does not affect the rights of any non-parties</u>. While this case was brought as an FLSA collective action, the consent forms filed by Plaintiffs' counsel were stricken due to having been filed past the deadline. Thus, there are no absent class members in this case. All Plaintiffs who will be impacted by this settlement are named parties and each agrees to dismiss this case with prejudice based on the terms of the

amended Settlement Agreement. This settlement has no impact on the rights of any unnamed parties.

The endorsement of a proposed FLSA settlement by both parties is a "factor that weighs in favor of approval" of an FLSA settlement agreement because "counsel for each side possess the unique ability to assess the potential risks and rewards of litigation." *Quintanella* v. *A&R Demolition, Inc.,* No. CIV.A. H-04-1965, 2008 WL 9410399, at *5 (S.D. Tex. May 7, 2008). In fact, "[b]ecause the settlement resulted from arm's length negotiations between experienced counsel after significant discovery had occurred, the Court may presume the settlement to be fair, adequate, and reasonable." *Lucas* v. *Kmart Corp.*, 234 F.R.D. 688, 693 (D. Colo. 2006).

## I.  SETTLEMENT TERMS REVISED TO REMOVE OFFENDING PROVISION.

Under the terms of the amended Settlement Agreement, Defendants continue to agree to pay Plaintiffs the same confidential amount of money set forth in the original Settlement Agreement, except with the provision that the Court took issue with, removed. *See* Exhibit 1, filed under Seal.

## II.  CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order approving the FLSA settlement, as amended. A proposed order is being submitted to the Court for consideration.

Respectfully submitted,

*s/ Jacque Pearsall*
Jacque Pearsall, OBA #18317

*(signed with permission)*
The Pearsall Group LLC
3030 NW Expressway, Suite 200
Oklahoma City, OK  73112
Office: (405) 289-9521
Fax: (405) 419-3016
Jacque@thepearsallgroup.com

ATTORNEY FOR PLAINTIFFS


*s/ Tanya S. Bryant*
Tanya S. Bryant, OBA #20170
Mary P. Snyder, OBA #31427
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
tanya.bryant@crowedunlevy.com
mary.snyder@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS SB
DIRECTIONAL SERVICES, LLC and
SCOTT BURCH