# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAYTON FOUTCH, CLINT STALLWORTH, JOBIN SIMS, and ROBERT F. WINTERS II, individually and on behalf of all other persons similarly situated, known and unknown,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SB DIRECTIONAL SERVICES, LLC, and SCOTT BURCH,<br><br>　　　　Defendants. | Case No. CIV-19-362-J |

## ORDER

Before the Court is the Amended Joint Motion to Approve FLSA Settlement [Doc. No. 84]. The amended joint motion and amended settlement agreement address the Court's concerns regarding a particular confidentiality provision in the proposed original settlement agreement. This provision is not contained in the amended settlement agreement. Accordingly, for the reasons set forth in the Court's June 7, 2021 Order [Doc. No. 83], and in light of the Parties' amendment to the settlement agreement, the Court GRANTS the Amended Joint Motion to Approve FLSA Settlement [Doc. No. 84] and APPROVES the amended settlement agreement as fair and equitable. Plaintiffs may dismiss their claims with prejudice.

IT IS SO ORDERED this 6th day of July, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE